UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERRICK L. JOHNSON,

        Plaintiff,

    v.

SHAWN HATTON, et al.,

        Defendants.

Case No. 16-cv-03364-JD

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 5, 7

      Plaintiff, a state prisoner, has filed a civil rights action.  Plaintiff was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP").  He was allowed twenty-eight days to either pay the fee or file a proper application.  More than twenty-eight days has passed and plaintiff has not paid the fee or filed an application to proceed IFP.  Therefore, this case is **DISMISSED** without prejudice.  No fee is due.  Plaintiff's motions for a temporary restraining order[1] (Docket No. 5) and service (Docket No. 7) are **DENIED**.

      **IT IS SO ORDERED.**

Dated: August 30, 2016

_____

JAMES DONATO
United States District Judge

---

[1] In his motion for a temporary restraining order, plaintiff seeks to be released from prison and that the Superior Court of Los Angeles County and a Superior Court Judge be prohibited from overseeing a prosecution against him.  These requests are meritless.  If plaintiff wishes to challenge his conviction he must file a habeas petition.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERRICK L. JOHNSON,

          Plaintiff,

     v.

SHAWN HATTON, et al.,

          Defendants.

Case No.  16-cv-03364-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Derrick L. Johnson ID: AY7574
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: August 30, 2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

United States District Court
Northern District of California